UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00114 |
| ) | JUDGE SHARP |
| GERARDO FELIX AVENDANO ) | |
| ) | |

## O R D E R

Pending before the Court is a Joint Motion to Continue Plea Hearing (Docket No. 66).

The motion is GRANTED and the plea hearing scheduled for February 20, 2014, is hereby rescheduled for Friday, March 14, 2014, at 10:30 a.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE